IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAMBERT VET SUPPLY, LLC, a Kansas Limited Liability Company;<br><br>              Plaintiff,<br><br>   vs.<br><br>CHRIS MARTIN, an individual; CHRIS MARTIN, FCE, INC., AND a Kentucky Corporation; and FEED BARN, INC., a California Corporation;<br><br>              Defendants. | **4:14CV3129**<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Attorney Todd C. Kinney, and the Kutak Rock law firm, as counsel of record for Defendants, (Filing No. 48), is granted.

2) On or before March 3, 2016, Defendants Chris Martin and Rapid Falls Vet shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of their intent to litigate this case without the assistance of counsel. The failure to do so may result in an entry of default and/or default judgment against Defendants Chris Martin and Rapid Falls Vet.

3) Defendants FCE, Inc. and Feed Barn, Inc. are corporations, and as corporate entities, they cannot litigate in this forum without representation by licensed counsel. [Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994)](#). On or before March 3, 2016, Defendants FCE, Inc. and Feed Barn, Inc. shall obtain the services of counsel and have that attorney file an appearance on their behalf, in the absence of which the court may file an entry and/or judgment of default against them without further notice.

4) The clerk shall mail a copy of this order to Defendants at:

| Chris Martin | Chris Martin, d/b/a Rapid | FCE, Inc. | Feed Barn, Inc. |
|---|---|---|---|
| 25931 Rapid Falls Road | Falls Vet | c/o Chris Martin | c/o Chris Martin |
| Laguna Hills, CA 92653 | c/o Chris Martin | 25931 Rapid Falls Road | 25931 Rapid Falls Road |
| | 25931 Rapid Falls Road | Laguna Hills, CA 92653 | Laguna Hills, CA 92653 |
| | Laguna Hills, CA 92653 | | |

5) All deadlines and settings in the court's progression order, (Filing No. 33), are stayed pending further order of the court.

February 11, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge