IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAMBERT VET SUPPLY, LLC, a Kansas Limited Liability Company;<br><br>    Plaintiff,<br><br>  vs.<br><br>CHRIS MARTIN, an individual; CHRIS MARTIN, FCE, INC., AND a Kentucky Corporation; and FEED BARN, INC., a California Corporation;<br><br>    Defendants. | **4:14CV3129**<br><br>**SHOW CAUSE ORDER** |

  Defendants' counsel was granted leave to withdraw on February 11, 2016.

  Individual defendant Chris Martin was given until April 4, 2016 to

either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel, and was warned that the failure to do so may result in an entry of default and/or default judgment against Defendants Chris Martin and Rapid Falls Vet.

  Corporate defendants Rapid Falls Vet, FCE, Inc., and Feed Barn, Inc, were given until April 4, 2016 to

obtain the services of counsel and have that attorney file an appearance on its behalf, and was warned that if it failed to do so, the court may file an entry and/or judgment of default against it without further notice.

  Each Defendant has failed to comply with the court's order.

  IT IS ORDERED:

1)  Defendant Chris Martin, Rapid Falls Vet, FCE, Inc. and Feed Barn, Inc. are is given until June 3, 2016 to show cause why the court should not enter a default and/or default judgment against defendants without further notice.

2) The clerk shall mail a copy of this order to Defendants at:

| | |
|---|---|
| Chris Martin<br>25931 Rapid Falls Road<br>Laguna Hills, CA 92653 | Rapid Falls Vet<br>25931 Rapid Falls Road<br>Laguna Hills, CA 92653 |
| FCE, Inc.<br>c/o Chris Martin<br>25931 Rapid Falls Road<br>Laguna Hills, CA 92653 | Feed Barn, Inc.<br>c/o Chris Martin<br>25931 Rapid Falls Road<br>Laguna Hills, CA 92653 |

Dated this 4th day of May, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge