# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAMBERT VET SUPPLY, LLC, a Kansas Limited Liability Company;<br><br>        Plaintiff,<br><br>vs.<br><br>CHRIS MARTIN, an individual; CHRIS MARTIN, FCE, INC., AND a Kentucky Corporation; and FEED BARN, INC., a California Corporation;<br><br>        Defendants. | 4:14CV3129<br><br>**FINDINGS AND RECOMMENDATION** |

On April 4, 2016, Defendants Chris Martin, Rapid Falls Vet, FCE, Inc., and Feed Barn, Inc. failed to comply or explain the failure to comply with the court's order (filing no. 51) requiring:

(a) Defendant Chris Martin to either obtain the services of counsel or file a statement notifying the court of their intent to litigate without the assistance of counsel.

(b) Defendants Rapid Falls Vet, FCE, Inc., and Feed Barn, Inc. to obtain the services of counsel and have that attorney file an appearance in this case.

On May 5, 2016, all Defendants were given until June 3, 2016 to show cause why the court should not enter a default and/or default judgment against the defendants and was warned that the failure to comply may result in an entry and/or judgment of default against Defendants Chris Martin, Rapid Falls Vet, FCE, Inc., and Feed Barn, Inc. without further notice.

Defendants have not responded to the show cause order.

Accordingly,

IT IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, pursuant to 28 U.S.C. § 636(b), that a default and/or default judgment be entered against all Defendants without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

Dated this 20th day of June, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge