IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAMBERT VET SUPPLY, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRIS MARTIN, et al.,<br><br>        Defendants. | 4:14CV03129<br><br>**ORDER** |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (Filing No. 53) recommending that the Court enter the default of all defendants.

No defendant has objected to the Magistrate Judge's recommendation. Title 28 U.S.C. § 636(b)(1) provides for de novo review of a Magistrate Judge's findings or recommendations only when a party objects to them. *Cf. Peretz v. United States*, 501 U.S. 923, 933-34 (1991). Failure to object to a finding of fact in a Magistrate Judge's recommendation may be construed as a waiver of the right to object from the district court's order adopting the recommendation of the finding of fact. NECivR 72.2(f). And the failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *cf. United States v. Meyer*, 439 F.3d 855, 858-59 (8th Cir. 2006). Accordingly, the Court will adopt the Magistrate Judge's recommendation.

    IT IS ORDERED:

    1. The Magistrate Judge's Findings and Recommendation (Filing No. 53) are adopted; and

    2. the Clerk of the Court is directed to enter default of all defendants.

Dated this 19th day of July, 2016.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge